06/21/2005 16:44 [illegible fax header] MANN & ZARPAS PAGE 02/03
Case 3:05-cv-01436-SI Document 27 Filed 07/07/05 Page 1 of 2
Case 3:05-cv-01436-SI Document 25 Filed 06/27/2005 Page 1 of 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CONNIE FLORA,

        Plaintiff(s),

v.

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON, et al.,

        Defendant(s).

CASE NO. C 05-01436 SI

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

✓ **Private Process:**
    Private ADR *(please identify process and provider)* PRIVATE MEDIATION
    (ADR SERVICES OR INDEPENDENT PRIVATE MEDIATORS)

The parties agree to hold the ADR session by:
    ✓ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    other requested deadline _____

Dated: June 21, 2005

                                          Attorney for Plaintiff

Dated: June 27, 2005

                                          Attorney for Defendant

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- Mediation
- Private ADR

    Deadline for ADR session
- 90 days from the date of this order.
- other

IT IS SO ORDERED.

Dated:_____



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
APPROVED
Judge Susan Illston