IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE FLORA, | No. C 05-01436 SI |
| Plaintiff, | **ORDER** |
| v. | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, et al., | |
| Defendants. / | |

The Court GRANTS Liberty Mutual Group, Inc.'s motion to dismiss with leave to amend for failure to state a claim. [Docket # 9] Plaintiff must file her amended complaint **on or before July 29, 2005**.

**IT IS SO ORDERED.**

Dated: 7/8/05                                              S/Susan Illston
                                                                    SUSAN ILLSTON
                                                                    United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE FLORA, | No. C 05-01436 SI |
| Plaintiff, | **ORDER** |
| v. | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, et al., | |
| Defendants. | |

The Court GRANTS Liberty Mutual Group, Inc.'s motion to dismiss with leave to amend for failure to state a claim. [Docket # 9] Plaintiff must file her amended complaint **on or before July 29, 2005**.

**IT IS SO ORDERED.**

Dated: 7/8/05                                                                     S/Susan Illston
                                                                                              SUSAN ILLSTON
                                                                                              United States District Judge