IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CONNIE FLORA,  No. C 05-01436 SI

      Plaintiff,  **PRETRIAL PREPARATION ORDER**

  v.

LIBERTY LIFE ASSURANCE,

      Defendant.
                                  /

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 4, 2005 at 2:30 p.m..
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is March 27, 2006.

DESIGNATION OF EXPERTS: 3/27/06; Rebuttal: 4/10/05 .
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is April 27, 2005.

DISPOSITIVE MOTIONS **SHALL** be filed by April 28, 2006;

    Opp. Due May 12, 2005;  Reply Due May 12, 2005;

    and set for hearing no later than May 19, 2005 at 9:00 AM.

PRETRIAL CONFERENCE DATE: July 11, 2006 at 3:30 PM.

JURY TRIAL DATE: July 24, 2005 at 8:30 AM.,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties have agreed to participate in private mediation by the end of October 2005. The parties shall inform the Court of the mediator and what is the company worth by August 12, 2005.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 7/19/05                                                s/William Alsup
                                                                                  SUSAN ILLSTON
                                                                            United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CONNIE FLORA,                                        No. C 05-01436 SI

         Plaintiff,                              **PRETRIAL PREPARATION ORDER**

   v.

LIBERTY LIFE ASSURANCE,

         Defendant.
                                     /

     It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 4, 2005 at 2:30 p.m..
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is March 27, 2006.

DESIGNATION OF EXPERTS: 3/27/06; Rebuttal: 4/10/05 .
     Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is April 27, 2005.

DISPOSITIVE MOTIONS **SHALL** be filed by April 28, 2006;

     Opp. Due May 12, 2005;  Reply Due May 12, 2005;

   and set for hearing no later than May 19, 2005 at 9:00 AM.

PRETRIAL CONFERENCE DATE: July 11, 2006 at 3:30 PM.

JURY TRIAL DATE: July 24, 2005 at 8:30 AM.,
     Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties have agreed to participate in private mediation by the end of October 2005. The parties shall inform the Court of the mediator and what is the company worth by August 12, 2005.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 7/19/05                                                s/William Alsup
                                                                      SUSAN ILLSTON
                                                                  United States District Judge