E. GERARD MANNION (SBN 77287)
WESLEY M. LOWE (SBN 111761)
MANNION & LOWE
655 Montgomery Street, Suite 1200
San Francisco, CA 94111
Telephone: (415) 733-1050
Facsimile: (415) 434-4810

Attorney for Plaintiff
CONNIE FLORA

DONALD F. MILES (SBN 62136)
ROPERS, MAJESKI, KOHN & BENTLEY
333 Market Street, Suite 3150
San Francisco, California 94105
Telephone: (415) 543-4800
Facsimile: (415) 274-6301

PAMELA E. COGAN (SBN 105089)
ROBERT G. CUMMINGS (SBN 204438)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street
Redwood City, California 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE L. FLORA,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, LIBERTY MUTUAL GROUP,<br><br>Defendant. | Case No. C 05-01436 SI<br><br>STIPULATION TO LIBERTY LIFE ASSURANCE COMPANY OF BOSTON'S NET WORTH AND TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT; AND ORDER |

IT IS HEREBY STIPULATED by and between LIBERTY LIFE ASSURANCE

COMPANY OF BOSTON ("LIBERTY LIFE") and CONNIE FLORA, through their respective

counsel of record that for the sole purpose of calculating punitive damages in this litigation,

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

1   LIBERTY LIFE's net worth is $145,000,000 and that no other evidence will be offered in regard

2   to LIBERTY LIFE's net worth or income. By entering this stipulation, LIBERTY LIFE does not

3   agree or stipulate to the relevance or admissibility of its net worth. Further, this stipulation is for

4   the sole purpose of resolving a disputed issue. The stipulated facts contained in this stipulation

5   cannot be used or relied upon except for submittal to the jury in the present litigation, and then,

6   only if the court concludes that such evidence is relevant and admissible. Further neither

7   LIBERTY LIFE, nor any person, nor any entity is making any representation, assurance or

8   commitment by this stipulation that the net worth of LIBERTY LIFE now or in the future is or

9   will be $145, 000,000 or any other amount; and that, except for CONNIE FLORA's possible

10  ability to use the stipulation in this action as specified above, it should not and cannot be relied on

11  by Plaintiff or by any other person or entity in any way or for any other purpose.

12          IT IS FURTHER STIPULATED by and between LIBERTY LIFE and CONNIE FLORA,

13  through their respective counsel of record that LIBERTY MUTUAL GROUP is dismissed

14  without prejudice from this action.

15          IT IS FURTHER STIPULATED by and between LIBERTY LIFE and CONNIE FLORA,

16  through their respective counsel of record that Plaintiff's First Amended Complaint is withdrawn

17  and that the parties will proceed pursuant to the original complaint filed on February 8, 2005 and

18  removed to this Court on April 6, 2005.

19
20  Dated:      August 19, 2005          MANNION & LOWE
                                         A Professional Corporation
21
22                                       By: _____
23                                            E. GERARD MANNION
                                              Attorneys for Plaintiff
24                                            CONNIE FLORA
25
26
27
28

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

1   Dated:      August 15, 2005          ROPERS, MAJESKI, KOHN & BENTLEY

2

3                                        By: _____

4                                            DONALD F. MILES
                                             PAMELA E. COGAN
5                                            ROBERT G. CUMMINGS
                                             Attorneys for Defendant
6                                            LIBERTY LIFE ASSURANCE COMPANY OF
                                             BOSTON

7

8

9                                        **ORDER**

10          The foregoing stipulation is approved, and is so **ORDERED**.

11

12

13  Dated:  August __, 2005          _____
                                     UNITED STATES DISTRICT COURT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING LIBERTY LIFE'S NET
WORTH, AND TO DISMISS FIRST AMENDED
COMPLAINT; ORDER    CASE NO. C 05-01436 SI

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City